MEAD, Appellant, v. FIRST NATIONAL BANK OF RAPID CITY, SOUTH DAKOTA, a Corporation, Respondent (EDWIN HOPKINS, Intervener and Respondent).

(255 N. W. 153.)

(File No. 7654. Opinion filed June 19, 1934.)

*H. F. Fellows* and *Williams & Sweet,* all of Rapid City, for Appellant.

*Denu & Philip,* of Rapid City, for Defendant-respondent.

*Boyd Leedom,* of Rapid City, for Intervener-respondent.

PER CURIAM. This matter is here on appeal from an order permitting Edwin Hopkins to intervene in the case. We have gone over the record carefully, and, being of the opinion that the intervention was properly allowed, the order appealed from is affirmed.

All the Judges concur.